# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| MICHAEL MUEHL and<br>DANIEL R. McBRIDE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BETH LIND,<br><br>　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 08-cv-539-slc |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendant with prejudice.**

　　　　　　　　　　　**PETER OPPENEER**
_____
　　　　　　　　　**Peter Oppeneer, Clerk**

　　　　　　　　　　/s/ M. Hardin
_____　　　　_____6/25/09_____
　　　　　　　　　　**by Deputy Clerk**　　　　　　　　　　　　　　　　　Date